IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| ATLANTIC WASTE SERVICES, INC., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO. CV414-211 |
| MACK TRUCKS, INC., | ) |
| Defendant. | ) |

# O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 34.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA